AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

United States of America
v.

MIRANDA HOGG

*Defendant*

Case No. 3710932

RECEIVED
2012 JUL 18 PM 1:00
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
UNITED STATES MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MIRANDA HOGG,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    X Order of the Court

This offense is briefly described as follows:

RECEIVING OR POSSESSION OF STOLEN GOODS - FAILURE TO APPEAR

Date: 7/17/12

/s/ Theresa Carroll Buchanan
United States Magistrate Judge

*Issuing officer's signature*

City and state: ALEXANDRIA, VA

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*